IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| KATYA VERONICA RAMIREZ-VASQUEZ,<br><br>PLAINTIFF,<br><br>vs.<br><br>TIM DUCOTE,<br>WARDEN,<br>JACKSON PARISH CORRECTIONAL CENTER,<br><br>DEFENDANT. | CIVIL ACTION NO. 20-0172<br><br>District Judge Terry A. Doughty<br><br>Magistrate Judge Karen L. Hayes |

### ORDER

Be it now remembered that on February 12, 2020, the Court considered the Motion by Counsel for the Plaintiff for Leave to Appear *Pro Hac Vice*.

The Court holds that the Motion is well-taken. The Court grants the Motion and allows Matthew Paul Nickson to appear herein *pro hac vice* as counsel for the Plaintiff. The Court in this matter waives the requirement of local counsel.

Signed on February 12, 2020, at Monroe, Louisiana.

_____
UNITED STATES MAGISTRATE JUDGE

1